**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 06-7369**

_____

BELTON HARRIS, JR., a/k/a Lett,

Petitioner - Appellant,

versus

UNITED STATES OF AMERICA; JOHN J. LAMANNA,
Warden at FCI - Edgefield,

Respondents - Appellees.

_____

Appeal from the United States District Court for the District of
South Carolina, at Beaufort.   Matthew J. Perry, Jr., Senior
District Judge.   (9:05-cv-02602-MJP)

_____

Submitted: October 17, 2006          Decided: October 24, 2006

_____

Before NIEMEYER, KING, and DUNCAN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Belton Harris, Jr., Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Belton Harris, Jr. seeks to appeal the district court's judgment and order accepting the recommendation of the magistrate judge and denying his 28 U.S.C. § 2241 (2000) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Harris v. United States, No. 9:05-cv-02602-MJP (D.S.C. June 23, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.[*]

AFFIRMED

---

[*]To the extent Harris may be seeking authorization under 28 U.S.C. § 2244 (2000) to file a second or successive 28 U.S.C. § 2255 (2000) motion, we deny authorization.